AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Nordberg, John A. | **2. Court or Organization**<br><br>Northern District of Illinois | **3. Date of Report**<br><br>07/09/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Senior | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ___ Date ___<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Chambers 1886
219 South Dearborn Street
Chicago, Illinois 60604-1706

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee - non-paid | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mylan Labs, Inc. C.S. | | None | L | T | | | | | |
| 2. Valspar Corp. C.S. | D | Dividend | O | T | | | | | |
| 3. Sprint Nextel Corp. C.S. | | None | K | T | | | | | |
| 4. Waste Management C.S. | A | Dividend | J | T | | | | | |
| 5. Dreyfus W.W.D.M.M.F. | | None | J | T | | | | | |
| 6. Fidelity Select Health M.F. | | None | L | T | | | | | |
| 7. Nicholas M.F. | A | Distribution | J | T | | | | | |
| 8. Nicholas II M.F. | A | Distribution | L | T | | | | | |
| 9. Nicholas Ltd. M.F. | A | Distribution | J | T | | | | | |
| 10. T.R. Price Int'l Disc. M.F. | A | Distribution | K | T | | | | | |
| 11. T.R. Price Int'l Stk. M.F. | A | Distribution | K | T | | | | | |
| 12. T.R. Price Sci-Tech. M.F. | | None | K | T | | | | | |
| 13. Columbia Mid-Cap Growth F. | C | Distribution | M | T | | | | | |
| 14. American Century Ultra M.F. | B | Dividend | N | T | | | | | |
| 15. Fidelity Div. Growth M.F. IRA | D | Distribution | M | T | Sold (part) | 12/31/12 | K | | Redemption MRD |
| 16. Illinois Judges' Retir. Pension | F | Distribution | N | W | | | | | |
| 17. AIM Health Sciences F. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Bancorp C.S. | A | Dividend | K | T | | | | | |
| 19. Gabelli Global Telecomm. F. | A | Distribution | K | T | | | | | |
| 20. Trust #1 - See VIII | C | Royalty | J | W | | | | | |
| 21. ComCast Corp. New Class A C.S. | A | Dividend | K | T | | | | | |
| 22. Wells Fargo Co. | A | Dividend | K | T | | | | | |
| 23. Wells Fargo Common Stock Mutual Fund | | None | L | T | | | | | |
| 24. Pfizer Corp. C.S. | A | Dividend | K | T | | | | | |
| 25. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 26. Janus Overseas M.F. | A | Dividend | K | T | | | | | |
| 27. Paychex C.S. | B | Dividend | K | T | | | | | |
| 28. General Dynamics | A | Dividend | J | T | | | | | |
| 29. AT&T Corp. | B | Dividend | K | T | | | | | |
| 30. Western Union Co. | A | Dividend | J | T | | | | | |
| 31. ▢ Investments | | | | | | | | | |
| 32. AT&T Corp. | B | Dividend | K | T | | | | | |
| 33. DeVry Inc. C.S. | A | Dividend | J | T | | | | | |
| 34. CenturyLink Inc.(formerly CenturyTel Inc.) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Diamond Hill Finl Trends | A | Dividend | J | T | | | | | |
| 36. Johnson & Johnson C.S. | C | Dividend | M | T | | | | | |
| 37. Kilroy Realty C.S. | A | Dividend | K | T | | | | | |
| 38. M.G.I.C. C.S. | | None | J | T | | | | | |
| 39. Mylan Labs | | None | J | T | Buy (add'l) | 02/15/12 | J | | |
| 40. Northern Trust C.S. | A | Dividend | J | T | | | | | |
| 41. Paychex Inc. C.S. | A | Dividend | J | T | | | | | |
| 42. Sprint Nextel Corp. | | None | J | T | | | | | |
| 43. Windstream C.S. | A | Dividend | J | T | | | | | |
| 44. Columbia Acorn Int'l F. | A | Dividend | K | T | | | | | |
| 45. Evergreen M.M. Trust | A | Dividend | J | T | | | | | |
| 46. Expeditors Int'l of Washington | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 47. | | | | | Buy (add'l) | 02/15/12 | J | | |
| 48. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 49. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 50. | | | | | Sold (part) | 10/11/12 | J | | |
| 51. | | | | | Buy (add'l) | 11/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Dynamics | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 53. | | | | | Buy (add'l) | 09/17/12 | J | | |
| 54. Phillips 66 | A | Dividend | J | T | Spinoff (from line 100) | 05/01/12 | J | | |
| 55. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 56. E N I SPA Sponsored ADR | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 57. Celgene Corp. | | None | J | T | Buy | 11/06/12 | J | | |
| 58. Mastercard Inc. Class A | A | Dividend | J | T | Buy | 11/06/12 | J | | |
| 59. Vanguard Short Term Investment Grade Fund | B | Int./Div. | L | T | Buy | 01/13/12 | M | | |
| 60. | | | | | Sold (part) | 02/15/12 | M | | |
| 61. | | | | | Sold (part) | 11/06/12 | J | | |
| 62. | | | | | Sold (part) | 11/12/12 | J | | |
| 63. Nicholas F. | A | Dividend | M | T | | | | | |
| 64. Berkshire Hathaway Cl. B | | None | J | T | Buy (add'l) | 02/15/12 | J | | |
| 65. | | | | | Buy (add'l) | 03/26/12 | J | | |
| 66. M&I Bank Baird M.M.F. | A | Interest | J | T | | | | | |
| 67. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 68. Chase Bank Checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Div. Growth IRA | D | Distribution | L | T | Part. Redemp | 12/31/12 | J | | |
| 70. Gabelli Global Telecom M.F. | A | Distribution | J | T | | | | | |
| 71. Wells Fargo Co. | B | Distribution | M | T | | | | | |
| 72. Wells Fargo Common Stock Mutual Fund | A | Dividend | L | T | | | | | |
| 73. Eli Lilly & Co. | B | Dividend | K | T | | | | | |
| 74. Fiserv Inc. | | None | J | T | Buy (add'l) | 02/15/12 | J | | |
| 75. Markel Corp. | | None | J | T | Buy (add'l) | 02/15/12 | J | | |
| 76. Sigma Aldrich Corp. | A | Dividend | J | T | Buy (add'l) | 03/29/12 | J | | |
| 77. Chevron Corp. C.S. | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 78. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 79. Roche Holding Limited Sponsored ADR | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 80. | | | | | Buy (add'l) | 03/26/12 | J | | |
| 81. SPDR Gold Trust Gold Shares | | None | | | Sold | 04/17/12 | K | | |
| 82. Microsoft Corp | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 83. Oracle | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 84. | | | | | Buy (add'l) | 03/26/12 | J | | |
| 85. Eaton Vance Corp. | A | Dividend | | | Sold | 02/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pfizer Inc. | A | Dividend | | | Buy (add'l) | 02/15/12 | J | | |
| 87. | | | | | Sold | 03/02/12 | J | | |
| 88. Procter & Gamble Co | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 89. Quidel Corp | | None | | | Buy (add'l) | 02/15/12 | J | | |
| 90. | | | | | Sold | 11/13/12 | J | | |
| 91. Abbott Laboratories | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 92. Exelon Corp. | A | Dividend | | | Buy (add'l) | 02/15/12 | J | | |
| 93. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 94. | | | | | Sold | 11/13/12 | J | | |
| 95. FirstEnergy Corp. | | None | | | Buy (add'l) | 02/15/12 | J | | |
| 96. | | | | | Sold | 03/06/12 | J | | |
| 97. Visa Inc. Cl A | A | Dividend | K | T | Buy (add'l) | 02/15/12 | J | | |
| 98. | | | | | Buy (add'l) | 03/26/12 | J | | |
| 99. Medtronic Inc. | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 100. Conocophillips | A | Dividend | | | Buy (add'l) | 02/15/12 | J | | |
| 101. | | | | | Sold | 11/12/12 | J | | |
| 102. Google Inc. Cl A | | None | K | T | Buy (add'l) | 02/15/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 104. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 105. Lockheed Martin Corp. | | None | | | Sold | 02/15/12 | J | | |
| 106. CME Group Inc. Class A | A | Dividend | J | T | Buy (add'l) | 02/15/12 | J | | |
| 107. | | | | | Buy (add'l) | 03/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#21.   Trust #1 -- sole assets:  cash and partial interest in oil and gas rights in Texas County, Oklahoma. As of December 31, 2012, I was one of the remaining beneficiaries with approximately 1/4 interest in Trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Nordberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544